UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| SHERITA CURRY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 2:11-CV-00212-LGW-JEG |
| MAGNOLIA MANOR OF ) | |
| ST. SIMONS, INC. ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

Upon application of the parties and upon review of the private settlement agreement agreed to by the parties in this action, the Court has reviewed this matter and concludes that the terms of the settlement agreement are the product of arm's length bargaining of qualified counsel and are fair, adequate and reasonable. This Court thereby orders that Plaintiff's FLSA claim be DISMISSED WITH PREJUDICE.

This the ___ day of _____, 2014.

Honorable Lisa Godbey Wood
United States District Court